Marc Primo (SBN 216796)
Joseph Cho (SBN 198844)
Shawn Westrick (SBN 235313)
Initiative Legal Group LLP
1875 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
MPrimo@InitiativeLegal.com
JCho@InitiativeLegal.com
SWestrick@InitiativeLegal.com

Attorneys for Plaintiff JERRY PARKS and
CLASS MEMBERS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JERRY PARKS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY INTERNET GROUP, a California corporation; BUENA VISTA INTERNET GROUP, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 08-01380 ODW (PJWx)<br><br>**CLASS /COLLECTIVE ACTION**<br><br>Assigned to Hon. Otis D. Wright II<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST FOR A PROTECTIVE ORDER**<br><br>Filing Date: February 28, 2008<br><br>Final Pretrial Conf.: March 23, 2009<br>Time: 3:30 p.m.<br>Courtroom: 11<br><br>Trial Date: April 21, 2009<br>Time: 9:00 a.m.<br>Courtroom: 11 |

[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST FOR A PROTECTIVE ORDER

# COURT ORDER

The Parties have stipulated to a proposed Protective Order, as described in their "Stipulation of Confidentiality and [Proposed] Protective Order," (the "Stipulation") filed with this Court.

**GOOD CAUSE HAVING BEEN SHOWN** this Court hereby grants the parties' request for a Protective Order, and orders that the Protective Order shall be as set forth in the Stipulation.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Honorable PATRICK J. WALSH
Judge of the U.S. District Court

*See Order Appended to Stipulation*

*PJW*

[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST FOR A PROTECTIVE ORDER

# Stipulation

2:08-cv-01380-ODW-PJW Jerry Parks v. Walt Disney Internet Group et al
(PJWx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Cho, Joseph on 7/3/2008 at 11:35 AM PDT and filed on 7/3/2008

**Case Name:**     Jerry Parks v. Walt Disney Internet Group et al
**Case Number:**   2:08-cv-1380
**Filer:**         Jerry Parks
**Document Number:** 20

**Docket Text:**
**STIPULATION for Protective Order filed by Plaintiff Jerry Parks. (Attachments: # (1) Proposed Order for Protective Order)(Cho, Joseph)**


**2:08-cv-1380 Notice has been electronically mailed to:**

Joseph Cho     jcho@initiativelegal.com

Kevin E Gaut     keg@msk.com

Jolene R Konnersman     jrk@msk.com

Marc Primo     mprimo@initiativelegal.com

Shawn Charles Westrick     swestrick@initiativelegal.com

Mark Yablonovich     myablonovich@initiativelegal.com

Gregory Yu     gyu@initiativelegal.com, nzivari@initiativelegal.com

**2:08-cv-1380 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\MATTERS\MATTERS - ACTIVE\Parks, Jerry - CLASS\Pleadings\Stipulation of Confidentiality and Proposed Protective Order.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=7/3/2008] [FileNumber=6116607-0]
[bb30c3dfd6cc06d9eea60979314f2b3e50e3b6b050397f735113291600df8cc33c975
f0e6f4f0779e96b38889965e9a6f63af8333ac5e5f6441732d8496d5449]]

**Document description:**Proposed Order for Protective Order
**Original filename:**I:\MATTERS\MATTERS - ACTIVE\Parks, Jerry - CLASS\Pleadings\[Proposed] Order for a Protective Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/3/2008] [FileNumber=6116607-1]
[11a90c9bde647343a31505ef8e497587e3a605fa9de7bb87e7a8987d5afa9c463f985
4923f74a69ece9a6bcd8760b17db8ef7519401220b25963d4b3ee43239b]]